1  K. Randolph Moore, Esq. SBN 106933
2  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
3  332 N. Second Street
   San Jose, CA  95112
4  Telephone: (408) 271-6600
   Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Daniel Delgado

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, SAVE MART SUPERMARKETS, INC.,<br><br>　　　　Defendants. | Case No.:　1:09-CV-01839-LJO-SMS<br><br>**STIPULATION RE FILING OF AN AMENDED COMPLAINT AND RE CONTINUANCE OF THE SCHEDULING CONFERENCE;**<br><br>**ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendant waives notice and service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the amended complaint.

Stipulation for Filing of Amended Complaint 1    Delgado v. Orchard Supply Hardware Corp.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS FURTHER STIPULATED that both parties agree to continue the Mandatory Scheduling
2  Conference from March 9, 2010 to May 17, 2010 at 10:00 a.m.
3  IT IS SO STIPULATED.
4  Dated:  March 2, 2010                CALL & JENSEN

5                                       By:   /s/Michael S. Orr
6                                       Michael S. Orr, Esq.
                                        Attorney for Defendant Orchard Supply Hardware
7                                       Corporation

8  Dated:  March 2, 2010                MOORE LAW FIRM, PC

9                                       By:        /s/Tanya Levinson Moore
10                                      Tanya Levinson Moore
                                        Attorney for Plaintiff Daniel Delgado
11
12  IT IS SO ORDERED.

13
14  Dated:   March 8, 2010                      /s/ Sandra M. Snyder
                                        **UNITED STATES MAGISTRATE JUDGE**

Stipulation for Filing of Amended Complaint 2     Delgado v. Orchard Supply Hardware Corp.

PDF created with pdfFactory trial version www.pdffactory.com