1

2  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
3  332 N. Second Street
   San Jose, CA  95112
4  Telephone (408) 271-6600
   Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Daniel Delgado
6

7

8

9           **UNITED STATES DISTRICT COURT**

10          **EASTERN DISTRICT OF CALIFORNIA**

11  DANIEL DELGADO,                  ) No.  1:09-CV-01839-LJO-SKO
                                     )
12          Plaintiff,               )
                                     )
13      vs.                          ) **STIPULATION FOR DISMISSAL;**
                                     ) **OF ACTION AGAINST**
14  ORCHARD SUPPLY HARDWARE          ) **DEFENDANT SAVE MART**
    CORPORATION, et al.,             ) **SUPERMARKETS ONLY ; ORDER**
15                                   )
                                     )
16          Defendants.              )
                                     ) Assigned to Magistrate Judge
17                                   ) Lawrence J. O'Neill
                                     ) Complaint Filed: 10/20/09
18                                   ) First Amended Complaint Filed:
19  _____   3/10/10

20

21          Plaintiff Daniel Delgado, through his attorney, Tanya Levinson Moore,

22  Moore Law Firm, P.C., San Jose, California, and Defendant Save Mart

23  Supermarkets through their attorneys, LANG, RICHERT, & PATCH, Fresno,

24  California, hereby stipulate that the above-captioned action against Defendant

25  Save Mart Supermarkets only shall be dismissed with prejudice.

26  Date: June 22, 2010                        /s/Tanya Levinson Moore


*Delgado v. Orchard Supply Hardware Corp., et al.*

Stipulation for Dismissal

1

2                                                      Tanya E. Levinson Moore

3                                                      Attorney for Plaintiff

4

5    / /
     / /

6    Date: June 22, 2010                  LANG, RICHERT, & PATCH

7
                                          /s/ Charles T. Taylor, Esq.
8                                         Charles T. Taylor, Esq.

9                                         Attorney for Defendants Save Mart
                                          Supermarkets
10

11                                        **ORDER**

12
     THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT
13   the above-captioned action against Save Mart Supermarket only be dismissed with

14   prejudice.

15   IT IS SO ORDERED.

16
     **Dated:    June 22, 2010**                 **/s/ Lawrence J. O'Neill**
17                                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

*Delgado v. Orchard Supply Hardware Corp., et al.*

Stipulation for Dismissal