| | |
|---|---|
| 1 | K. Randolph Moore, Esq., SBN 106933 |
| 2 | Tanya E. Moore, Esq. SBN 206683<br>MOORE LAW FIRM, P.C. |
| 3 | 332 North Second Street<br>San Jose, California  95112 |
| 4 | Telephone (408) 271-6600<br>Facsimile (408) 298-6046 |
| 5 | tanya@moorelawfirm.com |
| 6 | Attorneys for Plaintiff<br>DANIEL DELGADO |

Matthew R. Orr, Esq., SBN 211097
Michael S. Orr, Esq., SBN 196844
CALL & JENSEN
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone:  (949) 717-3000
Facsimile:  (949) 717-3100
morr@calljensen.com
msorr@calljensen.com

Attorneys for Defendant
ORCHARD SUPPLY HARDWARE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DANIEL DELGADO, | ) No.  1:09-CV-01839-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND DATES SET IN SCHEDULING ORDER; ORDER; DECLARATION OF TANYA E. MOORE; DECLARATION OF MATTHEW R. ORR** |
| ORCHARD SUPPLY HARDWARE CORPORATION, | ) |
| Defendant. | ) |
| | ) Complaint Filed October 20, 2009<br>) Trial Date:  May 16, 2011 |

Plaintiff Daniel Delgado ("Plaintiff") and Orchard Supply Hardware Corporation ("Defendant" and, together with Plaintiff, the "Parties"), through their attorneys of record, hereby stipulate and agree as follows:

///

*Delgado v. Orchard Supply Hardware Corp.*
Stipulation to Extend Dates; [Proposed] Order

Page 1

1    **WHEREAS**, Plaintiff seeks to file a Second Amended Complaint
2    ("SAC") to address recent facts and legal precedents that have only recently
3    been discovered by Plaintiff;

4    **WHEREAS**, this Court filed its scheduling order in this matter on June
5    15, 2010, which set the following deadlines:

6    - Non-expert discovery cut-off February 1, 2011; and
7    - Expert discovery cut-off February 15, 2011; and
8    - Deadline for filing non-dispositive motions February 17, 2011; and
9    - Deadline for filing dispositive motions February 17, 2011; and
10   - Pre-trial conference April 5, 2011; and
11   - Trial May 16, 2011.

12   **WHEREAS**, the Parties have been diligently undertaking to complete
13   discovery, having taken the depositions of both parties, exchanged expert
14   reports, conducted a site inspection with their experts, and exchanged multiple
15   sets of written discovery;

16   **WHEREAS**, in light of the anticipated amendment to Plaintiff's
17   complaint and the likelihood that expert reports may need to address the new
18   allegations, the Parties have put off expert depositions until this issue is
19   resolved;

20   **WHEREAS**, Plaintiff has requested that Defendant stipulate to the filing
21   of the proposed SAC;

22   **WHEREAS**, Defendant would be unduly and unjustly prejudiced should
23   Plaintiff be allowed to amend the complaint at this stage without affording
24   Defendant sufficient time to respond to the complaint, obtain basic and expert
25   discovery related to the new allegations, and file its anticipated motion for
26   summary judgment;

27   **WHEREAS**, notwithstanding the foregoing, Defendant has agreed not to
28   oppose Plaintiff's motion to amend his complaint; provided Defendant is

*Delgado v. Orchard Supply Hardware Corp.*
Stipulation to Extend Dates; [Proposed] Order

1  allowed sufficient time to respond to the amended complaint; evaluate the need
2  for further discovery; modify, if necessary, its expert report(s); and file its
3  anticipated motion for summary judgment;

4  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND
5  AGREED,** by and among the Parties, through their undersigned counsel, that
6  the following deadlines be continued from the dates currently scheduled to
7  dates on or near the dates proposed below:

8  1. Non-expert discovery cut-off be extended to April 15, 2011;
9  2. The expert discovery cut-off be extended to May 13, 2011;
10 3. The deadline for filing non-dispositive motions be set for a date in late
11    June 2011 convenient to the Court;
12 4. The deadline for filing dispositive motions be set for a date in late
13    July 2011 convenient to the Court;
14 5. The pre-trial conference be set for a date convenient to the Court in
15    August 2011;
16 6. The trial be set for a date convenient to the Court in September 2011;
17    and
18 7. That if the additional time requested herein is granted by the Court,
19    Defendant will not oppose Plaintiff's filing of his Second Amended
20    Complaint, which shall be filed no later than five (5) days after the
21    Parties are notified of this Court's Order approving this Stipulation.

22 Dated:  February 8, 2011                    MOORE LAW FIRM, P.C.
23                                             /s/ Tanya E. Moore
24                                             TANYA E. MOORE
                                               Attorneys for Plaintiff
25
26                                             CALL & JENSEN
                                               /s/ Matthew R. Orr
27                                             MATTHEW R. ORR
28                                             Attorneys for Defendant

*Delgado v. Orchard Supply Hardware Corp.*
Stipulation to Extend Dates; [Proposed] Order

# **ORDER**

The Parties having so stipulated, and good cause appearing therefor, it is hereby ordered that the current dates shall be extended as follows:

1. The non-expert discovery cut-off date is April 15, 2011;
2. The expert discovery cut-off date is May 13, 2011;
3. The deadline for filing non-dispositive motions is May 25, 2011;
4. The hearing date on non-dispositive motions is on or before June 22, 2011;
5. The deadline for filing dispositive motions is June 28, 2011;
6. The hearing date on dispositive motions is on or before August 9, 2011;
7. The pre-trial conference is set for September 20, 2011;
8. The trial is set for October 31, 2011; and
9. Plaintiff's Second Amended Complaint shall be filed within five (5) days of the date of this order.

IT IS SO ORDERED.

Dated:   **February 8, 2011**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE

*Delgado v. Orchard Supply Hardware Corp.*
Stipulation to Extend Dates; [Proposed] Order