Matthew R. Orr, Bar No. 211097
Morr@calljensen.com
Michael S. Orr, Bar No. 196844
Msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant
Orchard Supply Hardware Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, SAVE MART SUPERMARKETS, INC., and Does 1 – 10,<br><br>　　　　Defendants. | Case No. 09-cv-01839 LJO SMS<br><br>**ORDER GRANTING DEFENDANT ORCHARD SUPPLY HARDWARE CORPORATIONS' REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed:　October 20, 2009<br>Trial Date:　　　October 31, 2011 |

Defendant Orchard Supply Hardware Corporation ("OSH"), having filed a Notice of Request to Seal Documents and Request to Seal Documents pursuant to Local Rule 141 to have the Clerk of the Court seal unredacted versions of the following documents:

　　1.　Motion for Summary Judgment or in the Alternative, Partial Summary Judgment and Memorandum of Points and Authorities in Support of Thereof;

　　2.　Statement of Uncontroverted Facts and Conclusions of Law; and

3. Declaration of Michael S. Orr.

and good cause appearing,

IT IS HEREBY ORDERED that said documents shall be filed under seal. **Within two (2) days of service of this Order, the defendant shall file a redacted copy of the above documents. The redactions shall be narrowly-tailored so as to protect only that information which is confidential pursuant to the parties' agreement.**

**IT IS ORDERED.**

DATED:   6/28/2011            /s/ LAWRENCE J. O'NEILL
                              Honorable Lawrence J. O'Neill
                              United States District Judge