IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>          Plaintiff,<br><br>     vs.<br><br>ORCHARD SUPPLY HARDWARE<br>CORPORATION,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 09-1839 LJO SKO<br><br>**ORDER ON REQUEST TO FILE<br>OPPOSITION UNDER SEAL** |

   Defendant has requested that this Court permit it to filed certain documents under seal. (Doc. 53.) On July 26, 2011, Defendant filed versions of these same documents as redacted versions. (Doc. 54.)

   This Court, having determined that there is good cause to protect the confidentiality of limited information set forth in the opposition, and in light of the filing of the redacted version of the documents, hereby **GRANTS** the request and directs the Clerk of Court and the parties as follows:  The Clerk shall file the complete, unredacted Defendant Orchard Supply Hardware Corporation's Opposition to Plaintiff's Motion for Summary Judgment; and Defendant's Response to Plaintiff's Separate Statement of Undisputed Facts, under seal in its entirety. The unredacted documents shall remain under seal indefinitely, pending further order of this Court.

IT IS SO ORDERED.

**Dated:    July 27, 2011**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1