Matthew R. Orr, Bar No. 211097
Morr@calljensen.com
Michael S. Orr, Bar No. 196844
Msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant
Orchard Supply Hardware Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, SAVE MART SUPERMARKETS, INC., and Does 1 – 10,<br><br>　　　　Defendants. | Case No.  09-cv-01839 LJO SMS<br><br>**ORDER GRANTING DEFENDANT ORCHARD SUPPLY HARDWARE CORPORATIONS' REQUEST TO SEAL DOCUMENTS**<br><br><br>Complaint Filed:　October 20, 2009<br>Trial Date:　　　　October 31, 2011 |

Defendant Orchard Supply Hardware Corporation ("OSH"), having filed a Notice of Request to Seal Documents pursuant to Local Rule 141 to have the Clerk of the

Court seal unredacted versions of the following documents, and OSH having filed unredacted versions of these documents:

1. Defendant Orchard Supply Hardware Corporation's Reply to Plaintiff's Opposition to Motion for Summary Judgment.

and good cause appearing,

The said documents shall be filed under seal.

IT IS SO ORDERED.

Dated:   **August 3, 2011**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE