K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

Matthew R. Orr, Bar No. 211097
Morr@calljensen.com
Michael S. Orr, Bar No. 196844
Msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant
Orchard Supply Hardware Corporation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DELGADO,<br><br>           Plaintiff,<br><br>      vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, | Case No.  1:09-cv-01839 LJO SKO<br><br>**STIPULATION RE PRETRIAL DATES;  ORDER**<br><br>Complaint Filed:  October 20, 2009<br>Trial Date:  Pending assignment |

1  Defendant.
2
3
4
5    **WHEREA**S, the Court issued a Pretrial Order on September 21, 2011 ("Pretrial Order");
6
7    **WHEREAS**, since the date the Court issued the Pretrial Order, the Parties have consented to the matter being tried by United States Magistrate Judge Barbara A. McAuliffe which consent requires that the previously set trial date of October 31, 2011 be rescheduled;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** between Plaintiff, Daniel Delgado ("Plaintiff" or "Delgado"), and Defendant, Orchard Supply Hardware Corporation ("Defendant" or "OSH" and, together with Plaintiff, the "Parties"), by and through their respective counsel, that the dates set by the Court's Pretrial Order be modified as follows:

| | |
|---|---|
| Motions in Limine Filing Deadline: | October 19, 2011 |
| Motions in Limine Response Deadline: | October 28, 2011 |
| Motions in Limine Hearing: | November 9, 2011 |

**IT IS FURTHER STIPULATED** that once the trial date is set, the Parties will provide the Court a stipulation and proposed order to modify the additional pretrial dates set by the Pretrial Order, excepting the hearing on Defendant's Motion to Amend its Answer which shall remain unchanged.

Dated:  September 28, 2011          CALL & JENSEN
                                    A Professional Corporation


                                    /s/ Matthew R. Orr
                                    Matthew R. Orr,
                                    Attorneys for Defendant
                                    Orchard Supply Hardware Corporation

                                    MOORE LAW FIRM, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Tanya E. Moore
Tanya E. Moore,
Attorneys for Plaintiff
Daniel Delgado

# ORDER

The Parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Court's Pretrial Order filed September 21, 2011 be modified as follows:

| | |
|---|---|
| Motions in Limine Filing Deadline: | October 19, 2011 |
| Motions in Limine Response Deadline: | October 28, 2011 |
| Motions in Limine Hearing: | Date: November 9, 2011<br>Time: 10:00 a.m.<br>Dept: 8<br>Before: Judge McAuliffe |

**IT IS FURTHER ORDERED** that the Parties file with the Court a stipulation and proposed order modifying the remaining dates set by the Pretrial Order once the trial date has been set. The hearing on Defendant's motion to amend its answer shall remain unchanged.

IT IS SO ORDERED.

Dated:   **September 29, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE