Matthew R. Orr, Bar No. 211097
Morr@calljensen.com
Michael S. Orr, Bar No. 196844
Msorr@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant
Orchard Supply Hardware Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>            Plaintiff,<br><br>    vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION, SAVE MART SUPERMARKETS, INC., and Does 1 – 10,<br><br>            Defendants. | Case No.  1:09-CV-01839 SMS<br><br>**JOINT STIPULATION TO SET TRIAL DATE AND PRETRIAL DEADLINES; AND ORDER**<br><br><br>Complaint Filed:   October 20, 2009<br>Trial Date:         Pending assignment |

**WHEREAS,** the Court issued a Pretrial Order on September 21, 2011 ("Pretrial Order") setting a trial date of October 31, 2011 and establishing various pretrial deadlines;

**WHEREAS,** after the Pretrial Order was issued, the Parties consented to this matter being tried by United States Magistrate Judge Barbara A. McAuliffe; and

**WHEREAS,** on September 28, 2011, this Court ordered the Parties to submit a stipulation and proposed order setting a new trial date and modifying the additional pretrial dates established in the Pretrial Order.

**THEREFORE,** the Parties have agreed to a December 12, 2011 trial date and the following pretrial deadlines:

Exhibit exchange:  November 4, 2011

Exhibit conference by:  November 11, 2011

Serve proposed jury instructions and verdict forms:  November 18, 2011

Conduct conference re: jury instructions:  November 30, 2011

File and serve trial brief:  December 2, 2011

File all agreed-on jury instructions and special verdict form with disputed additions clearly marked:  December 5, 2011

File and serve list of pre-marked exhibits:  December 7, 2011

Submit pre-marked exhibits to the Clerk's office:  December 7, 2011

File joint neutral statement of the case:  December 7, 2011

File proposed jury voir dire:  December 8, 2011

Trial date:  December 12, 2011

**WHEREAS,** Mark Bringuel is no longer employed by OSH and therefore OSH will amend its trial witness list to replace Mr. Bringuel with Ms. Anita Haws as its representative at trial;

**WHEREAS,** Plaintiff has requested to take Ms. Haws's deposition before the Parties are required to file motions *in limine*;

**WHEREAS,** the Parties have agreed that Ms. Haws's deposition will take place on October 20, 2011; and

**WHEREAS**, pursuant to this Court's September 30, 2011 Order, motions *in limine* were to be filed no later than October 19, 2011;

**THEREFORE,** the Parties have agreed and hereby stipulate to modify the motion *in limine* schedule as follows to allow Plaintiff to complete the deposition of Ms. Haws before motions *in limine* are filed:

File and serve motions *in limine*:  November 1, 2011

File and serve oppositions to motions *in limine*:  November 10, 2011

Hearing on motions *in limine*:  November 22, 2011, or an alternate date that is convenient for this Court

Dated:  October 14, 2011

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Michael S. Orr


By:*/s/ Matthew R. Orr*
       Michael S. Orr

Attorneys for Defendant Orchard Supply Hardware Corporation


Dated:  October 14, 2011

MOORE LAW FIRM, P.C.


By:*/s/Tanya E. Moore*
       Tanya E. Moore

Attorneys for Plaintiff Daniel Delgado

**ORDER**

The Parties having stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Court's Pretrial Order issued September 21, 2011 be modified as follows:

Exhibit exchange:  November 4, 2011

Exhibit conference by:  November 11, 2011

Serve proposed jury instructions and verdict forms:  November 18, 2011

Conduct conference re: jury instructions:  November 30, 2011

File and serve trial brief:  December 2, 2011

File all agreed-on jury instructions and special verdict form with disputed additions clearly marked:  December 5, 2011

File and serve list of pre-marked exhibits:  December 7, 2011

Submit pre-marked exhibits to the Clerk's office:  December 7, 2011

File joint neutral statement of the case:  December 7, 2011

File proposed jury voir dire:  December 7, 2011

Jury Trial date:  December 12, 2011 at 9:00 AM in Courtroom 8 (BAM)

**IT IS HEREBY FURTHER ORDERED** that this Court's September 30, 2011 Order be modified as follows:

File and serve motions *in limine*:  November 1, 2011;

File and serve oppositions to motions *in limine*:  November 10, 2011; and

Hearing on motions *in limine*:  November 22, 2011 at 10:00 AM in Courtroom 8 (BAM) before Judge McAuliffe.

**IT IS SO ORDERED.**

Dated: October 14, 2011              /s/ Sandra M. Snyder
                                      SANDRA M. SNYDER
                                      United States Magistrate Judge