## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DELGADO,**  )<br>                    )<br>       **Plaintiff,**   )<br>                    )<br>     v.             )<br>                    )<br>**ORCHARD SUPPLY HARDWARE**  )<br>**CORPORATION,**         )<br>                    )<br>                    )<br>       **Defendant.**   )<br>_____ ) | **CASE NO. 09-CV-1839 BAM**<br><br>**ORDER AFTER SETTLEMENT** |

On October 31, 2011, counsel for plaintiff Daniel Delgado filed a notice of settlement with the court stating that the matter with Defendant Orchard Supply Hardware Corporation had been settled and the parties are in the process of preparing and circulating settlement documents. Plaintiff requests thirty days to file the dispostional documents in order to afford the parties time to complete the settlement. In accordance with plaintiff's request, the parties are directed to submit all such documents, or to stipulate to a dismissal of the action, within 30 days of this order.

IT IS HEREBY ORDERED that the parties submit no later than December 6, 2011, a stipulation and order for dismissal. All dates are vacated including the November 22, 2011 motions in liminie hearing and the December 12, 2011 trial.

"A failure to file dispositional papers on the date prescribed by the court may be grounds for sanctions." L.R. 16-160(b); see L.R. 16-272.

IT IS SO ORDERED.

Dated:   **November 7, 2011**              **/s/ Barbara A. McAuliffe**
                                   UNITED STATES MAGISTRATE JUDGE