K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Daniel Delgado

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DELGADO,<br><br>    Plaintiff,<br><br>    vs.<br><br>ORCHARD SUPPLY HARDWARE CORPORATION,<br><br>    Defendants. | No.  1:09-CV-01839-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Delgado and Defendant Orchard Supply Hardware Corporation, the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorney fees and costs.

Date: November 23, 2011                                            MOORE LAW FIRM, P.C.


                                                                                  /s/Tanya E. Moore
                                                                                  Tanya E. Moore
                                                                                  Attorney for Plaintiff Daniel Delgado

///

///

*Delgado v. Orchard Supply Hardware Corporation*
Stipulation for Dismissal; Order

Page 1

Date: November 23, 2011
CALL & JENSEN
A Professional Corporation

/s/ Michael S. Orr
Michael S. Orr
Attorneys for Defendant
Orchard Supply Hardware Corporation

IT IS SO ORDERED.

**Dated:  November 23, 2011**          /s/ Barbara A McAuliffe
UNITED STATES MAGISTRATE JUDGE

*Delgado v. Orchard Supply Hardware Corporation*
Stipulation for Dismissal; Order

Page 2